

**Thomas G. Bruton**
**CLERK**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

August 31, 2016

RE: Jewett v. Franciscan Alliance, Inc. et al

Case No: 16-CV-04589

Dear Clerk:

Pursuant to the order entered by Honorable Sara L. Ellis, on 08/16/2016, the above record

- was electronically transmitted to: United States District Court for the Northern District of Indiana.

                                    Sincerely yours,

                                    Thomas G. Bruton, Clerk

                                    By:    /s/ Jessica J. Ramos
                                                    Deputy Clerk

Enclosures

New Case No. _____  Date _____

cc:     Non-ECF Attorneys and Pro se Parties